UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CYRUS VEAL,<br><br>　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>　　　　　　　　Defendant(s). | Case No. 2:19-CV-2194 JCM (EJY)<br><br>ORDER |

Presently before the court is the matter of *Veal v. Uber Technologies, Inc., et al.*, case no. 2:19-cv-02194-JCM-EJY. Cyrus Veal ("plaintiff") filed the instant action on September 25, 2019, against Uber Technologies, Inc. ("Uber") and James Rivers Insurance Company ("James River"). (ECF No. 1-2). James River timely removed the case on December 20, 2019. (ECF No. 1).

Federal Rule of Civil Procedure 4(m) provides as follows:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1), or to service of a notice under Rule 71.1(d)(3)(A).

Fed. R. Civ. P. 4(m).

More than 90 days have elapsed since the instant action was filed in state court. James River indicated that "[n]o affidavit of service ha[d] been filed for Uber Technologies, Inc." at the time of removal. (ECF No. 1 at 2). To date, plaintiff has still not served Uber.

**James C. Mahan**
**U.S. District Judge**

On February 6, 2020, the court instructed plaintiff to show cause why his claims against Uber should not be dismissed pursuant to Fed. R. Civ. P. 4(m) within seven (7) days. Plaintiff has not shown cause or otherwise responded.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's claims against Uber Technologies, Inc. be, and the same hereby are, DISMISSED.

The clerk is instructed to enter judgment and close the case accordingly.

DATED February 14, 2020

*James C. Mahan*
_____
UNITED STATES DISTRICT JUDGE